**1**

**Tom KORONAS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fifth Circuit. February 18, 1927.)

No. 4870.

In Error to the District Court of the United States for the Southern District of Florida; Lake Jones, Judge.

O. Guy Frick, of Detroit, Mich., for plaintiff in error.

Wm. M. Gober, U. S. Atty., of Tampa, Fla., and Francis L. Poor, Asst. U. S. Atty., of Jacksonville, Fla.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The above numbered and entitled cause coming on to be heard, comes the defendant in error therein and confesses that in the record and proceedings of the court below therein there is reversible error. Because of such error so confessed, it is ordered and adjudged that the judgment of said District Court in said cause be and the same is reversed, and that said cause be remanded to said District Court, with direction that a new trial thereof be granted.

─────────

**2**

**LAND DEVELOPMENT COMPANY OF LOUISIANA, Limited, Appellant, v. CITY OF NEW ORLEANS, Appellee.**

(Circuit Court of Appeals, Fifth Circuit. April 1, 1927.)

No. 4863.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

For opinion below, see 13 F.(2d) 898.

Theo. Cotonio, of New Orleans, La., for appellant.

Francis P. Burns, Asst. City Atty., of New Orleans, La. (Bertrand I. Cahn, City Atty., and Francis P. Burns and Charles V. Macaluso, Asst. City Attys., all of New Orleans, La., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. On the authority of the decisions of the Supreme Court of the United States in the cases of Buchanan v. Warley, 245 U. S. 60, 38 S. Ct. 16, 62 L. Ed. 149, L. R. A. 1918C, 210, Ann. Cas. 1918A, 1201, and

of Harmon v. Tyler, 47 S. Ct. 471, 71 L. Ed. ── (October, 1926, term), the decree in the above numbered and entitled cause is reversed, and the cause is remanded for further proceedings.

Reversed.

─────────

**3**

**Simon LEWIS, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Eighth Circuit. August 30, 1926.)

No. 7464.

In Error to the District Court of the United States for the Southern District of Iowa.

Glenn D. Kelly, of Davenport, Iowa, for plaintiff in error.

Ross R. Mowry, U. S. Atty., of Newton, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of plaintiff in error.

─────────

**4**

**Ira H. LOHMANN, Public Administrator, etc., Appellant, v. Sherman Mills FAIRCHILD, Appellee.**

(Circuit Court of Appeals, Eighth Circuit. June 22, 1926.)

No. 7490.

Appeal from the District Court of the United States for the Western District of Missouri.

Paul Barnett, of Sedalia, Mo., for appellant.

Owen C. Becker, of Oneonta, N. Y., and Charles M. Blackmar, of Kansas City, Mo., for appellee.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.